FILED

1  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
2  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
3  PERKINS COIE LLP
   1620 26th Street
4  Sixth Floor, South Tower
   Santa Monica, CA 90404-4013
5  Telephone: 310.788.9900
   Facsimile: 310.788.3399
6
   Susan Fahringer, *pro hac vice pending*
7  SFahringer@perkinscoie.com
   Charles C. Sipos, *pro hac vice pending*
8  CSipos@perkinscoie.com
   PERKINS COIE LLP
9  1201 Third Avenue, Suite 4800
   Seattle, WA 98101-3099
10 Telephone: 206.359.8000
   Facsimile: 206.359.9000
11
   Attorneys for Plaintiff
12 Nintendo of America Inc.

2009 JUN 12 PH 12: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. C CALIF
LOS ANGELES

BY_____

13                UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
15
16 NINTENDO OF AMERICA INC., a          Case No. CV09-4203
   Washington corporation,
17                                       COMPLAINT FOR INJUNCTIVE
                    Plaintiff,           RELIEF AND DAMAGES
18
        v.
19
   DANIEL MAN TIK CHAN, an              DEMAND FOR JURY TRIAL
20 individual, d/b/a www.dselite.com,
   www.thedsdeals.com,
21 www.inspiretech.com, Inspire
   Technologies, and Inspiretech
22 Electronics; and INSPIRE
   ELECTRONICS, INC.;
23
                    Defendants.
24

25                        **COMPLAINT**

26    1.    This is an action seeking damages, injunctive and other equitable

27 relief, and attorneys' fees arising out of Defendants' importation of, marketing of,

28

14372-0904/LEGAL15622167.1          -1-    COMPLAINT FOR INJUNCTIVE RELIEF
                                              AND DAMAGES

1 and trafficking in devices that are designed to circumvent the technological security
2 measures built into the enormously popular Nintendo DS handheld video game
3 systems such as the Nintendo DS, Nintendo DS Lite and Nintendo DSi, collectively
4 referred to herein as the "Nintendo DS." These accused devices are marketed and
5 sold under brand names such as AceKard, AceKard 2 for DSi, DSTT, DSTTi, Edge
6 DS, EZ Flash, EZ Flash Vi, iTouch DS, M3 DS Real, N5 Revolution, ND1
7 Revolution, R4 DS Revolution, R4DS SDHC, R4i SDHC, and SuperCard DS One.
8 Because they are commonly used to play illegally downloaded pirated copies of
9 Nintendo DS video games on the Nintendo DS, these devices are known as, and
10 collectively referred to herein, as "Game Copiers." Game Copiers sold for the
11 Nintendo DSi are also capable of circumventing the technological security
12 measures of the Nintendo DS and Nintendo DS Lite.

13     2.     Defendants' importing, marketing, and sale of Game Copiers have
14 damaged Plaintiff Nintendo of America Inc. ("NOA"), infringe and threaten
15 irreparable injury to NOA's intellectual property rights, and violate the Digital
16 Millennium Copyright Act, 17 U.S.C. § 1201 *et seq.*, entitling NOA to the relief
17 sought herein.

## THE PARTIES

18

19     3.     NOA is a Washington corporation headquartered in Redmond,
20 Washington. NOA is a wholly owned subsidiary of Nintendo Co. Ltd. ("NCL"), a
21 Japanese company headquartered in Kyoto, Japan (collectively, NOA and NCL are
22 referred to herein as "Nintendo"). NOA is responsible for the marketing and sale of
23 Nintendo products in the Western Hemisphere and for enforcing Nintendo's
24 intellectual property rights worldwide, except Japan. NCL develops and
25 manufactures, and NOA markets and distributes, electronic video game systems,
26 games, and accessories.

27     4.     Defendant Daniel Man Tik Chan is an individual who, on information
28 and belief, resides in this District. On information and belief, Defendant Chan

1   owns or serves as President or CEO of Defendant Inspire Electronics, Inc.. On

2   information and belief, Defendant Chan does business as Inspire Technologies,

3   Inspiretech Electronics, www.dselite.com, www.thedsdeals.com, and

4   www.inspiretech.com. Defendant Chan is engaged in the business of importing,

5   marketing, and trafficking in, among other things, Game Copiers, and personally

6   benefits from such activities.

7       5.       Defendant Inspire Electronics, Inc. ("Inspire Electronics") is, on

8   information and belief, a corporation with an address of 20819 Currier Road, Suite

9   200, Walnut, California.  Inspire Electronics does business in this District and on

10  the Internet as www.inspiretech.com, www.dselite.com, and www.thedsdeals.com,

11  and is engaged in the business of importing, marketing, and trafficking in, among

12  other things, Game Copiers.

13      6.       Each of the Defendants is responsible for the importation, marketing,

14  provision, and/or trafficking of Game Copiers in this District.

15      7.       Each of the Defendants is an agent of the other.

16      8.       Defendant Inspire Electronics is the alter ego of Defendant Chan.

17      9.       Upon information and belief, Defendant Chan does business as Inspire

18  Technologies, Inspiretech Electronics, www.dselite.com, www.thedsdeals.com, and

19  www.inspiretech.com.  Upon information and belief, Defendant Chan also owns,

20  operates, or otherwise controls the other Defendant, personally participated in or

21  had the right and ability to direct and control the wrongful conduct alleged in this

22  Complaint, and derived direct financial benefit from that wrongful conduct.

23

24                      **JURISDICTION AND VENUE**

25      10.      The Court has subject matter jurisdiction over the claims alleged

26  herein pursuant to 28 U.S.C. §§ 1331 (federal question), 1367 (supplemental),

27  1338(a) (trademark and copyright), 1338(b) (related claims of unfair competition).

28

11.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400(a) because Defendants reside and may be found in the Central District of California.

12.     The Court has personal jurisdiction over Defendants because Defendants reside or do business in this District.

## FACTS COMMON TO ALL CLAIMS

## NINTENDO AND ITS PRODUCTS

13.     Nintendo is a world-famous brand and Nintendo video game systems (such as the Nintendo DS, Nintendo DS Lite, Nintendo DSi, Game Boy, and Wii) and Nintendo games and characters (such as Super Mario Bros., Mario Kart, Pokémon, Donkey Kong, and Zelda) are well-known and loved among consumers in the United States and abroad.  The popularity of Nintendo's video game systems, games, and characters is the result of substantial creative and financial investment in product development, game development, intellectual property, and marketing. Nintendo has received many awards for its pioneering contributions to the video game industry and is an acknowledged leader in the field.  Nintendo has earned tremendous consumer awareness and goodwill through its commitment to developing innovative, fun, and exciting video game systems and games, and Nintendo video game systems and games are enjoyed by tens of millions of consumers in the United States and abroad.

14.     Nintendo's innovation is the product of its substantial investment in branding, intellectual property protection, and product development.  Nintendo and its authorized licensees have created and published many popular video games specifically and exclusively for play on Nintendo video game systems (collectively, software games created by Nintendo and its authorized licensees for the Nintendo

1  DS are referred to herein as "Nintendo DS Games").  Nintendo DS Games can take
2  years and millions of dollars to develop.

3      15.   NOA holds copyright and trademark rights in and to various Nintendo
4  DS Games and Nintendo video game systems, including, without limitation, those
5  listed at Exhibit A and attached as Exhibits B and C.

6      16.   Among Nintendo's video game systems is the enormously popular
7  Nintendo DS (*see* fig. 1), a proprietary dual-screen handheld portable video game
8  system featuring a clamshell design with two LCD screens inside, the bottom one a
9  touchscreen.  The original version, the Nintendo DS, was released in the United
10 States in 2004.  The Nintendo DS Lite, a slimmer, brighter, and more lightweight
11 version of the Nintendo DS, was released in the United States in June 2006.  The
12 latest version, the Nintendo DSi, was released in the United States in April 2009.
13 The Nintendo DSi adds multimedia features, cameras, and other enhancements.
14 Every version of the Nintendo DS has enjoyed immense popularity.

**Fig. 1**



25 17.   A user plays a video game on the Nintendo DS by inserting an
26 authorized game cartridge (referred to herein as "Nintendo DS Game Card") into
27 the Nintendo DS for game play.  NOA does not authorize and has never authorized
28 the copying or downloading of Nintendo DS Games onto devices, such as Game

Copiers, that mimic authorized Nintendo DS Game Cards and bypass the security measures that protect the Nintendo DS. NOA does not authorize and has never authorized Nintendo DS Games to be copied onto personal computers or to be downloaded from personal computers to devices like Game Copiers.

## NINTENDO'S EFFORTS TO PROTECT
## ITS INTELLECTUAL PROPERTY RIGHTS

18.     The popularity of the Nintendo DS has made Nintendo the target of intellectual property pirates, who benefit from Nintendo's innovation and investment by making unauthorized copies of Nintendo DS Games or by creating (and profiting from) the means by which others can play pirated copies of Nintendo DS Games on a Nintendo DS. Game Copiers are one of the most popular means for playing pirated games on the Nintendo DS.

19.     Illegal copying of video game software is an international problem of enormous proportions and great financial consequence for Nintendo. Nintendo has taken many steps to halt the illegal copying, marketing, sale, and distribution of Nintendo DS Games.

20.     Nintendo's efforts have included registration of the intellectual property rights in and to its video game systems and software. In addition, Nintendo protects and enforces its rights through legal actions brought around the world to stop individuals and companies from trafficking in Game Copiers.

21.     Nintendo also employs a number of measures to protect and control access to its copyrighted works. As to the Nintendo DS, these include both design-based and technological measures. Nintendo designed the Nintendo DS so that it will play only game cards that have a particular shape, with unique external geometry and electrical connections. Nintendo also built technological security measures into the Nintendo DS. These technological measures implement a process by which commands and data are exchanged between the Nintendo DS and

1    the game card that is inserted into the Nintendo DS for play.  Multiple copyrighted
2    programs are repeatedly accessed and copied during the operation of the Nintendo
3    DS security system and the game play that occurs if the security measures are
4    passed.  The technological measures of the Nintendo DS ensure that even if a user
5    inserts into the Nintendo DS a game card that fits perfectly into the uniquely shaped
6    Nintendo DS card slot, unless the game card also has the software necessary to pass
7    (or to circumvent) the Nintendo DS technological security measures, the game card
8    cannot be played on the Nintendo DS.

9
### DEFENDANTS' INFRINGING ACTIVITIES
10

11        22.    Defendants presently market, sell and traffic in, and on information
12    and belief also import, Game Copiers.

13        23.    The Game Copiers that are imported, marketed, sold, and trafficked in
14    by Defendants enable those who use them to download games to portable memory
15    storage devices and to circumvent the technological measures employed by
16    Nintendo to control access to its copyrighted works and to protect its rights as a
17    copyright owner.

18        24.    Game Copiers employ a number of components, including (1) a game
19    card (referred to herein as the "Game Copier Card") that is substantially the same
20    shape, and has substantially the same electrical connection configuration, as
21    Nintendo's proprietary Nintendo DS Game Cards, so that a Game Copier Card fits
22    perfectly in the Nintendo DS and resembles an authorized Nintendo DS Game
23    Card; and (2) a portable memory device (or instructions to purchase one) that can
24    hold hundreds of pirated Nintendo DS Games and that is inserted into the Game
25    Copier Card for game play.  Defendants sell Game Copiers that have unauthorized
26    copies of the NOA copyrighted works which are used to pass the Nintendo DS's
27    security measures.

28

25.     When Game Copiers are used as Defendants instruct, they bypass Nintendo's technological security measures and gain the same access to the Nintendo DS, and to certain of NOA's copyrighted programs, as an authorized Nintendo DS Game Card would have.

26.     Game Copier Cards are specifically designed to accommodate portable memory devices that hold enormous amounts of data.  Consequently, hundreds of pirated games may be downloaded onto just one Game Copier Card, which then allows the user to play any of these pirated games on a Nintendo DS.

27.     When Game Copiers are used as instructed by Defendants, they will cause the following trademarked Nintendo logo to appear on the screen of a Nintendo DS system:



28.     Defendants' display of this trademarked logo is without NOA's authorization or consent, and it implies and confuses consumers into believing that there is some sponsorship, affiliation, or endorsement by Nintendo.

29.     Nintendo has never authorized any Game Copiers, and the Game Copiers at issue in this case were not authorized by Nintendo or on its behalf.

30.     Defendants are well aware of Nintendo's rights, the extent of the problem of counterfeiting, and Nintendo's enforcement efforts.  On June 1, 2009, NOA provided Defendants written notice that their conduct was in violation of Nintendo's intellectual property rights and demanded that Defendants cease importing, marketing, offering for sale, selling and distributing Game Copiers. Defendants have not responded to that letter and continue to market and sell Game Copiers as of the time of this filing.  On information and belief, Defendants have derived significant profit and financial benefit from their involvement in the importation of, marketing of, and trafficking in Game Copiers.  Defendants knew or should have known that Game Copiers infringed Nintendo's intellectual property

rights, and their infringement of those rights, despite warnings by NOA, has been willful and deliberate.

## CAUSES OF ACTION

### FIRST CLAIM

### VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT
### (17 U.S.C. § 1201 *et seq.*)

31.    NOA realleges and incorporates by reference paragraphs 1-30.

32.    Defendants were and are actively engaged in the business of marketing, importing, offering to the public, providing, or otherwise trafficking in Game Copiers.  Game Copiers are used, by Defendants and others, to circumvent the technological measures that effectively control access to NOA's copyrighted works and protect NOA's rights as a copyright owner.

33.    Game Copiers: (a) are primarily designed or produced for the purpose of circumventing technological measures that effectively control access to works protected by NOA's copyrights, or that effectively protect NOA's rights as a copyright owner; (b) have only limited commercially significant purpose or use other than to circumvent such technological measures; or (c) are marketed by Defendants, acting alone or in concert with others, for use in circumventing such technological measures, in violation of 17 U.S.C. §§ 1201(a)(1), 1201(a)(2), and 1201(b).

34.    NOA holds valid copyrights, duly and properly registered with the United States Copyright Office, including those identified at Exhibit A.  True and correct copies of the Registration Certificates for these copyrights are attached at Exhibit B. The technological measures employed by Nintendo were intended to control access to and to protect NOA's rights to these copyrights.

35.    Defendants knew or had reason to know the purpose and use of the Game Copiers that they marketed, imported, offered to the public, provided, or

1  otherwise trafficked in. Defendants' actions were willful, and were taken for their

2  own commercial advantage or private financial gain. Defendants knew or should

3  have known that offering to the public, providing, and trafficking in Game Copiers

4  was unlawful.

5     36.    Defendants' violations have injured and will continue to injure NOA.

6  NOA is entitled to recover its actual damages and Defendants' profits resulting from

7  Defendants' wrongful conduct, pursuant to 17 U.S.C. § 1303(c)(2). Alternatively,

8  NOA is entitled to statutory damages pursuant to 17 U.S.C. § 1203(c)(3).

9     37.    NOA also is entitled to injunctive relief pursuant to 17 U.S.C.

10  § 1203(b)(1) and to an Order impounding any materials involved in Defendants'

11  violation of the Digital Millennium Copyright Act pursuant to 17 U.S.C.

12  § 1203(b)(3).

13     38.    Defendants' wrongful conduct has caused and will continue to cause

14  NOA irreparable harm, and NOA has no adequate remedy at law to redress any

15  continued violations. Unless restrained by the Court, Defendants will continue to

16  violate the Digital Millennium Copyright Act.

17     39.    NOA also is entitled to recover its attorneys' fees and costs of suit

18  pursuant to 17 U.S.C. § 1203.

## SECOND CLAIM

### COPYRIGHT INFRINGEMENT
#### (Violations of 17 U.S.C. § 106 *et seq.*)

40.    NOA realleges and incorporates by reference paragraphs 1-39.

41.    NOA owns numerous copyright registrations related to the Nintendo
DS Games, including, without limitation, those identified at Exhibit A. These
copyright registrations, attached at Exhibit B, are in full force and effect and are
enforceable by NOA.

42.     In connection with their sale, marketing, and distribution of Game Copiers, Defendants instruct users how to download material from the Internet (including pirated Nintendo DS Games), load the material into Game Copiers, and play the material on a Nintendo DS. Game Copiers are used with portable memory devices that allow multiple games to be loaded and played on a single Game Copier. Defendants distribute Game Copiers with the object of promoting their use to infringe NOA's copyrights.

43.     The foregoing acts of Defendants constitute the vicarious or contributory reproduction, preparation of derivative works, distribution, and inducement of the same, in violation of Nintendo's exclusive rights in its copyrighted works under 17 U.S.C. § 106.

44.     Defendants' actions thus constitute actual and threatened vicarious infringement, contributory infringement, and inducement of infringement of Nintendo copyrights in violation of 17 U.S.C. § 501.

45.     Defendants knew or should have known of Nintendo's exclusive rights under the copyright laws of the United States, of their inducement and aid in the accomplishment of infringement by others. Defendants' acts in violation of Nintendo's rights have been willful and deliberate and have resulted in damage to Nintendo is an amount to be proved at trial.

## THIRD CLAIM

### TRADEMARK INFRINGEMENT
### (Violations of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a))

46.     NOA realleges and incorporates by reference paragraphs 1-45.

47.     NOA own a federal registration for the trademark attached at Exhibit C. This registration is in full force and effect and is enforceable.

48.     When a Game Copier is used as directed by Defendants, it causes the following Nintendo trademarked logo to appear on the screen of the Nintendo DS:

1

2

**Nintendo**

3   49.   Defendants' actions constitute use in interstate commerce of a false

4   designation of origin, false or misleading description of fact, or false or misleading

5   representation of fact that is likely to cause confusion or mistake, or to deceive as to

6   the affiliation, connection, or association of the goods and services with Nintendo,

7   or as to the origin, sponsorship, or approval of the goods and services provided by

8   Defendants in violation of section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

9   50.   Defendants' actions also constitute the making or use in interstate

10   commerce of a reproduction, counterfeit, copy, or colorable imitation of a

11   registered trademark of NOA in connection with the sale, offering for sale,

12   distribution, or advertising of goods or services on or in connection with which

13   such use is likely to cause confusion or mistake, or to deceive, in violation of

14   section 32 of the Lanham Act, 15 U.S.C. § 1114.

15   51.   Defendants knew or should have known of NOA's rights, and

16   Defendants' infringement has been knowing, willful, and deliberate, making this an

17   exceptional case within the meaning of 15 U.S.C. § 1117.

18   52.   The infringing acts alleged above have a foreseeable effect on U.S.

19   commerce.

20   53.   NOA has been and continues to be damaged by Defendants' wrongful

21   acts in a manner that cannot be fully measured or compensated in economic terms,

22   and NOA has no adequate remedy at law.  Defendants' acts have damaged, and

23   threaten to continue to damage, NOA's reputation and goodwill.

24   54.   Defendants' infringement will continue unless enjoined by the Court.

25   55.   The interests of and links to U.S. commerce are strong in relation to

26   those of other nations given that, among other things, enforcement of NOA's rights

27   under the Lanham Act does not conflict with, but rather supports, the interests of

28   other countries in enforcing Nintendo's similar rights under the laws of those

1   countries, and the significance of Defendants' illegal acts is greatest in the United

2   States because NOA is a U.S. corporation with a general sales territory in the

3   Western Hemisphere, including the United States.

4

5                               **FOURTH CLAIM**

6                            **UNFAIR COMPETITION**
    **(Cal. Bus. & Prof. Code § 17200 *et seq.*)**

7

8        56.    NOA realleges and incorporates by reference paragraphs 1-55.

9        57.    The acts of Defendants complained of herein constitute unlawful,

10   unfair, and fraudulent business acts or practices within the meaning of section

11   17200 *et seq.* of the California Business and Professions Code.

12       58.    Defendants' acts have been willful and persistent and have occurred

13   over the course of several years.  As a direct and proximate result of Defendants'

14   violations of California Business and Professions Code section 17200 *et seq.*, NOA

15   has suffered and will continue to suffer both damages and irreparable harm for

16   which NOA has no adequate remedy at law.  Unless enjoined, Defendants will

17   commit further violations.

18                           **PRAYER FOR RELIEF**

19       NOA seeks the following relief:

20       1.     An award of compensatory damages, including consequential and

21   incidental damages, in an amount to be proved at trial.

22       2.     An award of statutory damages as allowed by law.

23       3.     An award of enhanced damages or profits, whichever is proved

24   greater, pursuant to section 35 of the Lanham Act, 15 U.S.C. § 1117, and as

25   otherwise provided by law.

26       4.     An award of attorneys' fees and costs.

27       5.     An award of prejudgment and postjudgment interest at the maximum

28   rate allowed by law.

6. An accounting of all Game Copiers that were or are within Defendants' possession, custody, or control.

7. An accounting and an award to NOA of Defendants' profits, gains, or unjust enrichment in an amount to be proved at trial.

8. An accounting of all Defendants' receipts and disbursements, profit and loss statements, and other financial materials, statements, and books relating to Defendants' importation, distribution, marketing, or sale of any Game Copier.

9. A preliminary and permanent injunction pursuant to 17 U.S.C. §§ 1203 and 502, and 15 U.S.C. § 1116, enjoining Defendants, their agents, servants, and employees, and all those in active concert or participation with Defendants, from:

    a) importing, manufacturing, offering to the public, providing, using, or otherwise trafficking in any technology, product, service, device, component or part thereof (including Game Copiers) that is primarily designed or produced to circumvent a technological measure that effectively protects NOA's rights as a copyright owner, or controls access to any work to which NOA holds a registered copyright;

    b) importing, manufacturing, offering to the public, providing, using or otherwise trafficking in any technology, product, service, device, component or part thereof (including Game Copiers) that has only limited commercially significant purpose or use other than to circumvent a technological measure that effectively protects NOA's rights as a copyright owner, or controls access to any work to which NOA holds a registered copyright;

    c) importing, manufacturing, offering to the public, providing, using or otherwise trafficking in any technology, product, service, device, component or part thereof (including Game Copiers) that is marketed by Defendants or others acting in concert with them for use in circumventing a technological measure that effectively protects NOA's

1          rights as a copyright owner, or controls access to any work to which

2          NOA holds a registered copyright;

3     d)   using, or inducing or enabling others to use, any reproduction,

4          counterfeit, copy, or colorable imitation of NOA's trademark identified

5          at Exhibit C in any manner in connection with the manufacture,

6          printing, distribution, advertising, offering for sale, or sale of any

7          goods or merchandise;

8     e)   using, or inducing or enabling others to use, NOA's trademark

9          identified at Exhibit C or any reproduction, counterfeit, copy, or

10        colorable imitation of said mark in any manner likely to cause others

11        falsely to believe that Defendants' products are connected with

12        Nintendo or legitimate Nintendo products bearing NOA's trademark

13        when they are not;

14     f)   copying, distributing, or otherwise using any portion of NOA's

15          copyrighted software code, or any derivative thereof, in any manner in

16        the manufacture, assembly, distribution, advertisement, promotion,

17        offering for sale, or sale of goods or merchandise;

18     g)   selling, distributing, lending, publicly performing, or playing any

19        unauthorized copy of any NOA copyrighted work;

20     h)   importing, exporting, shipping, delivering, distributing, transferring,

21        returning, holding for sale, destroying, or otherwise moving, storing, or

22        disposing of any Game Copiers or any other item or product bearing or

23        used to reproduce any unauthorized reproduction, counterfeit, copy, or

24        colorable imitation of NOA's trademark and/or NOA's copyrights;

25     i)   destroying, transferring, altering, moving, returning, concealing, or in

26        any manner secreting any and all Game Copiers, and any and all

27        documents and records, including, without limitation, computer tapes,

28        computer disks, business records, emails, supplier names and

addresses, shipment records, books of accounts, receipts, specifications, packaging and containers, and other documentation relating or referring in any way to the importing, manufacturing, offering to the public, providing, using, or otherwise trafficking in Game Copiers.

    j)   marketing, selling, importing, supplying, or otherwise providing any product, device, or component thereof that contributes to or induces the copying of NOA's copyrighted software; and

    k)   unfairly competing with Nintendo.

10.    Preliminary and permanent injunctive relief, such as may later be requested before or at trial, requiring Defendants and all persons or entities in active concert or participation with Defendants, immediately to:

    a)   identify every supplier to each Defendant of every Game Copier; and

    b)   take steps to ensure that all Game Copiers in any Defendant's possession, custody, or control or that are in shipment to any Defendant are immediately seized, inspected, and delivered into NOA's possession.

11.    An Order pursuant to 17 U.S.C. §§ 1203 and 503 and 15 U.S.C. § 1116 providing for the seizure, impoundment, and destruction of all Game Copiers within any Defendant's custody, possession, or control.

12.    An Order requiring Defendants to file with the Court and serve upon Nintendo within ten (10) days after the issuance of any injunction a written report, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction.

///

///

///

1      13.    Such other relief as the Court deems just and proper.

2

3    DATED:  June 12, 2009                          **PERKINS COIE LLP**

4                                                   By: _Audra M. Mori_____

5                                                       Audra M. Mori
                                                        Katherine M. Dugdale
6
                                                    Attorneys for Plaintiff
7                                                   Nintendo of America Inc.

8
                            **JURY DEMAND**
9

10          NOA demands a trial by jury of all issues so triable.

11

12

13    DATED:  June 12, 2009                          **PERKINS COIE LLP**

14                                                  By: _Audra M. Mori_____

15                                                      Audra M. Mori
                                                        Katherine M. Dugdale
16
                                                    Attorneys for Plaintiff
17                                                  Nintendo of America Inc.

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| EXAMPLES OF NOA COPYRIGHTS TO NINTENDO GAMES FOR NINTENDO DS ||
|---|---|
| Registration No. | Name |
| PA 1-315-844 | Animal Crossing: Wild World |
| PA 1-363-987 | Brain Age: Train Your Brain in Minutes a Day |
| PA 1-605-866 | Brain Age 2: More Training in Minutes a Day |
| PA 1-363-984 | Big Brain Acadamy |
| PA 1-393-518 | Mario & Luigi: Partners in Time |
| PA 1-381-605 | Mario Kart DS |
| PA 1-605-332 | Mario Party DS |
| PA 1-605-922 | Mario vs. Donkey Kong: March of the Minis |
| PA 1-370-878 | Metroid Prime Pinball |
| PA 1-393-515 | New Super Mario Bros. |
| PA 1-279-026 | Nintendogs |
| PA 1-271-532 | Pokemon Dash |
| PA 1-370-879 | Pokemon Trozei |
| PA 1-393-521 | Star Fox Command |
| PA 1-248-153 | Super Mario 64 DS |
| PA 1-393-507 | Super Princess Peach |
| PA 1-605-863 | The Legend of Zelda: Phantom Hourglass |
| PA 1-275-464 | Warioware Touched! |
| PA 1-605-920 | Yoshi's Island DS |
| PA 1-292-362 | Yoshi Touch & Go |

| EXAMPLES OF COPYRIGHTS RELATING TO OPERATION OF NINTENDO DS SECURITY MEASURES ||
|---|---|
| Registration No. | Name |
| TXu1-204-672 | IPL1 |
| TX 6-457-379 | Nintendo DS Boot Code |

**19**

16354806_1.XLS

# EXHIBIT B

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-204-572**



EFFECTIVE DATE OF REGISTRATION

11 Month  26 Day  04 Year

SEPARATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS WORK ▼
NINTENDO DS INITIAL PROGRAM LOADER

PREVIOUS OR ALTERNATIVE TITLES ▼
IPL1

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume▼   Number▼   Issue Date▼   On Pages▼

---

**2**

**a** NAME OF AUTHOR ▼
Nintendo Co., Ltd.

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Japan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2004 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ _____   Day ▶ _____   Year ▶ _____   ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Nintendo of America Inc.
4820 150th Avenue NE
Redmond, Washington 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreement

APPLICATION RECEIVED
NOV 20, 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 26 2004
FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both spaces 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
Preexisting security features for software

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New computer program

**6**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼
N/A
Account Number ▼
N/A

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Jerald E. Nagae
Christensen O'Connor Johnson Kindness^PLLC
1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347          NOAM-4-5441
Area Code & Telephone Number ▶ 206.695.1705

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Nintendo of America Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jerald E. Nagae                                                                    date▶ 11/17/00

👉 Handwritten signature (X) ▼
_Jerald E Nagae_

**10**

**MAIL CERTIFICATE TO**
Name ▼
Christensen O'Connor Johnson Kindness^PLLC
Number/Street/Apartment Number ▼
1420 Fifth Avenue, Suite 2800
City/State/ZIP ▼
Seattle, WA 98101-2347

Certificate will be mailed in window envelope

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Produced by Christensen O'Connor Johnson Kindness^PLLC, July 1999

22

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-457-379**

Effective date of
registration:

August 10, 2007

## Title

Title of Work: NINTENDO DS BOOT CODE

Previous or Alternative Title: NINTENDO DS HEADER CODE

## Completion/Publication

Year of Completion: 2004

Date of 1st Publication: June 2, 2004        Nation of 1st Publication: United States

## Author

Author: Nintendo Co., Ltd

Author Created: Computer program

Work made for hire: Yes

## Copyright claimant

Copyright Claimant: Nintendo of America Inc

4820 150th Avenue NE, Redmond, Washington, 98052

Transfer Statement: By written agreement

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Jerald E Nagae

Date: August 9, 2007

IPN#:

Registration #:

* T X 0 0 0 6 4 5 7 3 7 9 *

Service Request #:   1-6899381

Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347

24

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM PA

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1-315-844**

PA
EFFECTIVE DATE OF REGISTRATION

| 2 | 13 | 2006 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▾**
ANIMAL CROSSING: WILD WORLD

**PREVIOUS OR ALTERNATIVE TITLES ▾**
NTR-ADME-USA; ANIMAL FOREST: COME ON; OIDEYO DOUBUTSU NO MORI

**NATURE OF THIS WORK ▾ See Instructions**
Audiovisual work and computer program

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▾
Nintendo Co., Ltd.

DATES OF BIRTH AND DEATH
Year Born ▾ Year Died ▾

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ Japan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▾
Audiovisual work

**b** NAME OF AUTHOR ▾
Systems Research and Development Co., Ltd.

DATES OF BIRTH AND DEATH
Year Born ▾ Year Died ▾

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ Japan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▾
Computer program

**c** NAME OF AUTHOR ▾

DATES OF BIRTH AND DEATH
Year Born ▾ Year Died ▾

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▾

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ December Day ▶ 5 Year ▶ 2005
United States ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▾
Nintendo of America Inc.
4820 150th Avenue NE
Redmond, Washington 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▾
By written transfer and agreement

APPLICATION RECEIVED
FEB 13 2006
ONE DEPOSIT RECEIVED
FEB 13 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
VG

See instructions before completing this space.

25

**MORE ON BACK** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | *KP* | FORM PA |
| CHECKED BY | | |

| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ∨
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ∨    Year of Registration ∨

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preisting Material Identify any preexisting work or works that this work is based on or incorporates. ∨
Japanese version of work corresponding to co-pending application

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ∨
Audiovisual materials and computer program

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ∨                                    Account Number ∨

N/A                                        N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ∨
Jerald E. Nagae
Christensen O'Connor Johnson Kindness^PLLC
1420 Fifth Avenue, Suite 2800, Seattle, WA  98101-2347        NOAM-4-6109

Area Code & Telephone Number ►206.595.1705

**7**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ∨
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Nintendo of America Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s)▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Typed or printed name and date ∨ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jerald E. Nagae                                              date► 2/7/04

Handwritten signature (X) ∨

☞  *Jerald E. Nagae*

**8**

**MAIL CERTIFI-CATE TO**
Name ∨
Christensen O'Connor Johnson Kindness^PLLC
Number/Street/Apartment Number ∨
1420 Fifth Avenue, Suite 2800
City/State/ZIP ∨
Seattle, WA  98101-2347

**Certificate will be mailed in window envelope**

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Produced by Christensen O'Connor Johnson Kindness^PLLC, July 1999

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-363-987**

EFFECTIVE DATE OF REGISTRATION

Aug   10   2006
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
BRAIN AGE: TRAIN YOUR BRAIN IN MINUTES A DAY

PREVIOUS OR ALTERNATIVE TITLES ▼
NTR-ANDE-USA;  MOTTO NOU WO KITAERU OTONA NO DS TRAINING

NATURE OF THIS WORK ▼ See Instructions
Interactive audiovisual work and computer program

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
Tohoku University

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Japan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual materials

**b** NAME OF AUTHOR ▼
Nintendo Co., Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Japan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual materials and computer program

**c** NAME OF AUTHOR ▼
NIKOLI Co. Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Japan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Some visual materials and text

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2006   ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ April   Day ▶ 17   Year ▶ 2006
United States   ◀ Nation

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Nintendo of America Inc.
4820 150th Avenue NE
Redmond, Washington 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreement

APPLICATION RECEIVED
AUG. 10, 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG. 10, 2006

FUNDS RECEIVED

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

|  |  |
|---|---|
| EXAMINED BY | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☒ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

PA 1-324-715              2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Earlier Japanese versions of work corresponding to Registration listed in space 5 above and co-pending application; earlier versions of Sudoku puzzles

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

audiovisual materials, computer program and text

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼              **Account Number** ▼

N/A              N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jerald E. Nagae

Christensen O'Connor Johnson Kindness PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347        NOAM-4-6304

**7**

Be sure to give your daytime phone number

Area Code & Telephone Number ▶ 206.695.1705

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Nintendo of America Inc.
Name of author or other copyright claimant, or owner of exclusive right(s)▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jerald E. Nagae                           date▶ 8/8/06

Handwritten signature (X) ▼

**8**

| MAIL CERTIFI-CATE TO | Name ▼ |
|---|---|
| | Christensen O'Connor Johnson Kindness PLLC |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ |
| | 1420 Fifth Avenue, Suite 2800 |
| | City/State/ZIP ▼ |
| | Seattle, WA  98101-2347 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson Kindness PLLC, July 1999

28

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-605-866**

**Effective date of
registration:**

**August 29, 2008**

## Title

| | |
|---|---|
| **Title of Work:** | BRAIN AGE 2: MORE TRAINING IN MINUTES A DAY! |
| **Previous or Alternative Title:** | NTR-ANME-USA; MOTTO NOU WO KITAERU OTONA NO DS TRAINING |
| **Nature of Work:** | AudioVisual work, text and computer program |

## Completion/ Publication

| | | |
|---|---|---|
| **Year of Completion:** | 2007 | |
| **Date of 1st Publication:** | August 20, 2007 | **Nation of 1st Publication:** United States |

## Author

| | |
|---|---|
| ■ **Author:** | Tose Co., Ltd. |
| **Author Created:** | Some new AudioVisual work; some new computer program |
| **Work made for hire:** | Yes |
| ■ **Author:** | Nintendo Co., Ltd. |
| **Author Created:** | Some new computer program |
| **Work made for hire:** | Yes |
| ■ **Author:** | Nintendo of America Inc. |
| **Author Created:** | Translated text; some new text |
| **Work made for hire:** | Yes |
| ■ **Author:** | Nikoli Co., Ltd. |
| **Author Created:** | Data compilation; some new Visual work |
| **Work made for hire:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Nintendo of America Inc. |
| | 4820 150th Avenue NE, Redmond, Washington 98052 |

## Limitation of copyright claim ──────────────

**Material excluded from this claim:**  Japanese version

**Previously registered:**  Yes

**Previous registration and year:**  PA 1-353-333      2006

**Basis of current registration:**  This is a changed version of the work.

**New material included in claim:**  Some new AudioVisual work; some new text and translated text; some new computer program; data compilation

## Certification ──────────────────────

**Name:**  Jerald E. Nagae

**Date:**  August 21, 2008

30

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

### FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA 1−363−984



**EFFECTIVE DATE OF REGISTRATION**

Aug 10 2006
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  **TITLE OF THIS WORK ▼**
  BIG BRAIN ACADEMY

**PREVIOUS OR ALTERNATIVE TITLES ▼**
  NTR-AYAE-USA; YAWARAKA ATAMA JYUKU

**NATURE OF THIS WORK ▼ See instructions**
  Interactive audiovisual work and computer program

---

**2**  **NAME OF AUTHOR ▼**
**a**  Nintendo Co., Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Japan

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
  Audiovisual materials and computer program

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**  **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
  2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.
  Month ▶ June   Day ▶ 5   Year ▶ 2006
  United States ◀ Nation

---

**4**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
  Nintendo of America Inc.
  4820 150th Avenue NE
  Redmond, Washington 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
  By written agreement

**APPLICATION RECEIVED**
AUG. 10, 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
AUG. 10, 2006
**FUNDS RECEIVED**

*VG*

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
  • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>    Yes | | FOR<br>COPYRIGHT<br>OFFICE USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
  Japanese version of work

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
  Audiovisual materials and computer program

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

  N/A                                           N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
  Jerald E. Nagae

  Christensen O'Connor Johnson Kindness^PLLC

  1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347        NOAM-4-6336

  Area Code & Telephone Number ▶ 206.695.1705

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Nintendo of America Inc.
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
  Jerald E. Nagae                                                date ▶ 8/8/04

Handwritten signature (X) ▼
☞      Jerald E Nagae

**8**

| MAIL<br>CERTIFI-<br>CATE<br>TO<br><br>Certificate<br>will be<br>mailed in<br>window<br>envelope | **Name** ▼<br>Christensen O'Connor Johnson Kindness^PLLC<br>Number/Street/Apartment Number ▼<br>1420 Fifth Avenue, Suite 2800<br>City/State/ZIP ▼<br>Seattle, WA 98101-2347 | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable $30 filing fee in check or<br>   money order payable to Register of<br>   Copyrights<br>3. Deposit material<br>MAIL TO:<br>Register of Copyrights<br>Library of Congress<br>Washington, D.C. 20559-6000 |
|---|---|---|

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson Kindness^PLLC, July 1999

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–393–518**

( PA )          PAU

EFFECTIVE DATE OF REGISTRATION

**JUL 16 2007**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE   IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
MARIO & LUIGI  PARTNERS IN TIME

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NTR-ARME-USA,  MARIO & LUIGI RPG 2 X 2

**NATURE OF THIS WORK ▼ See instructions**
AudioVisual work, computer program, including fictional character depictions, music and sounds

**2**

**a**  **NAME OF AUTHOR ▼**
AlphaDream Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
AudioVisual work, computer program, music and sounds

**b**  **NAME OF AUTHOR ▼**
Nintendo of America Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
AudioVisual work, computer program

**c**  **NAME OF AUTHOR ▼**
Yoko Tanaka

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ Japan
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Audio work

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2005   ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 28   Year ▶ 2005
United States          ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Nintendo of America Inc
4820 150th Avenue NE
Redmond, Washington 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By written agreement

See instructions before completing this space.

**APPLICATION RECEIVED**
July 16, 2007
**ONE DEPOSIT RECEIVED**
July 16, 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

33

EXAMINED BY     _CCP_

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ∨
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ∨        **Year of Registration** ∨

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ∨

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ∨

**6**

See instructions
before
completing this
space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ∨                                                    **Account Number** ∨

_N/A_                                                         _N/A_

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ∨
Jerald E Nagae

Christensen O'Connor Johnson Kindness^PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA  98101-2347            NOAM-4-6039

Be sure to give
your daytime
phone number

Area Code & Telephone Number ▶ 206 695 1705

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ∨
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    _Nintendo of America Inc_
                         Name of author or other copyright claimant, or owner of exclusive right(s)▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge
Typed or printed name and date ∨  If this application gives a date of publication in space 3, do not sign and submit it before that date

Jerald E. Nagae                                         date▶  July 9, 2007

**8**

Handwritten signature (X) ∨
☞        _Jerald E Nagae_

**9**

MAIL
CERTIFI-
CATE
TO

Name ∨
Christensen O'Connor Johnson Kindness^PLLC
Number/Street/Apartment Number ∨
1420 Fifth Avenue, Suite 2800
City/State/ZIP ∨
Seattle, WA  98101-2347

Certificate
will be
mailed in
window
envelope

34

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR APPLICATION FORMS

## FORM PA /CON
**UNITED STATES COPYRIGHT OFFICE**

PA 1–393–518



PA PAU SE SEG SEU SR SRU TX TXU VA VAU
**EFFECTIVE DATE OF REGISTRATION**

### JUL 1 6 2007

(Month)          (Day)          (Year)
**CONTINUATION SHEET RECEIVED**

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only
  Indicate which basic form you are continuing in the space in the upper right-hand corner

- If at all possible, try to fit the information called for into the spaces provided on the basic form

- If you do not have enough space for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form

- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them

- Part A of this sheet is intended to identify the basic application.
Part B is a continuation of Space 2.
Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4 or 6.

Page ___3___ of ___4___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.**

---

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

• **TITLE** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)
  MARIO AND LUIGI PARTNERS IN TIME

• **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form)
  Nintendo of America Inc , 4820 150th Avenue NE, Redmond, Washington 98052

---

## B
**Continuation of Space 2**

**d** NAME OF AUTHOR ▾
Akira Noguchi

**DATES OF BIRTH AND DEATH**
Year Born▾          Year Died▾

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes" see detailed instructions |
|---|---|---|---|
| ☐ Yes  ☒ No | OR { Citizen of ▸ Japan / Domiciled in ▸ _____ | Anonymous* ☐ Yes ☒ No / Pseudonymous* ☐ Yes ☒ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▾
Visual work

**e** NAME OF AUTHOR ▾

**DATES OF BIRTH AND DEATH**
Year Born▾          Year Died▾

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes" see detailed instructions |
|---|---|---|---|
| ☐ Yes  ☐ No | OR { Citizen of ▸ _____ / Domiciled in ▸ _____ | Anonymous* ☐ Yes ☐ No / Pseudonymous* ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▾

**f** NAME OF AUTHOR ▾

**DATES OF BIRTH AND DEATH**
Year Born▾          Year Died▾

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes" see detailed instructions |
|---|---|---|---|
| ☐ Yes  ☐ No | OR { Citizen of ▸ _____ / Domiciled in ▸ _____ | Anonymous* ☐ Yes ☐ No / Pseudonymous* ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▾

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4 or 6 of the basic form*

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

# C

Continuation
of other
Spaces

---

MAIL
TO

Certificate
will be
mailed in
window
envelope

| Name ▼ |
| Christensen O'Connor Johnson Kindness™LLC |
| Number/Street/Apt ▼ |
| 1420 Fifth Avenue, Suite 2800 |
| City/State/ZIP ▼ |
| Seattle, WA  98101-2347 |

NOAM-4-4699

**YOU MUST**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D C  20559-6000

# D

Address for
return of
certificate

36

Produced by Christensen O'Connor Johnson Kindness™LLC   September 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM PA
For a Work of the Performing Arts
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**PA 1–381–605**

EFFECTIVE DATE OF REGISTRATION

| 4 | 13 | 2007 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
MARIO KART DS

PREVIOUS OR ALTERNATIVE TITLES ▼
NTR-AMCE-USA

NATURE OF THIS WORK ▼ See Instructions
Audio-visual work

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
Nintendo Co., Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Japan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Audio-visual materials   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005 ◀Year   This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 14   Year ▶ 2005
United States ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Nintendo of America Inc.
4820 150th Avenue NE
Redmond, Washington 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreement

See instructions before completing this space.

APPLICATION RECEIVED
April 13, 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
April 13, 2007
FUNDS RECEIVED

VG

---

**37**

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | KS | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Japanese version of work corresponding to co-pending application

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Audio-visual materials

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

N/A    N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jerald E. Nagae

Christensen O'Connor Johnson Kindness^PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA  98101-2347    NOAM-4-6007

Be sure to give your daytime ◄ phone number

Area Code & Telephone Number ▶ 206.695.1705

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Nintendo of America Inc.

Name of author or other copyright claimant, or owner of exclusive right(s)▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jerald E. Nagae    date▶ 3/11/07

Handwritten signature (X) ▼

[signature]

**8**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

38

Name ▼

Christensen O'Connor Johnson Kindness^PLLC

Number/Street/Apartment Number ▼

1420 Fifth Avenue, Suite 2800

City/State/ZIP ▼

Seattle, WA  98101-2347

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson Kindness^PLLC, July 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-605-332

**Effective date of
registration:**

August 28, 2008

## Title

**Title of Work:** MARIO PARTY DS
**Previous or Alternative Title:** NTR-A8TE-USA

**Nature of Work:** AudioVisual work and computer program

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007    **Nation of 1st Publication:** United States

## Author

■    **Author:** Hudson Soft Co., Ltd.

**Author Created:** Some new AudioVisual work and some new computer program

**Work made for hire:** Yes

■    **Author:** Will Company, Ltd.

**Author Created:** Some new AudioVisual work and some new computer program

**Work made for hire:** Yes

■    **Author:** CA Production Company, Ltd.

**Author Created:** Some new AudioVisual work and some new computer program

**Work made for hire:** Yes

■    **Author:** Nintendo of America Inc.

**Author Created:** Some Visual materials

**Work made for hire:** Yes

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Hudson Soft Co., Ltd. |
| | Midtown East, 9-7-2 Akasaka, Minato-ku, Tokyo, Japan 107-8446 |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Nintendo of America |
| | 4820 150th Avenue NE, Redmond, WA 98052 |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Japanese version |
| **Previously registered:** | No |
| **New material included in claim:** | Some new AudioVisual work and some new computer program |

## Certification

| | |
|---|---|
| **Name:** | Jerald E. Nagae |
| **Date:** | August 22, 2008 |

40

IPN#:

Registration #:    PA0001605332

Service Request #:   1-90499153

Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-605-922

**Effective date of
registration:**

August 11, 2008

## Title

| | |
|---|---|
| **Title of Work:** | MARIO VS. DONKEY KONG 2: MARCH OF THE MINIS |
| **Previous or Alternative Title:** | NTR-AMQE-USA MARIO VS. DONKEY KONG 2 DAIKOSHIN |
| **Nature of Work:** | AudioVisual Work, computer program, fictional character depictions, music and sounds |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | September 25, 2006 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Nintendo Software Technology Corp. |
| **Author Created:** | AudioVisual work, computer program, music |
| **Work made for hire:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Nintendo of America Inc. |
| | 4820 150th Avenue NE, Redmond, Washington 98052 |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Prior version |
| **Previously registered:** | No |
| **Previous registration and year:** | PA 1-255-592     2004 |
| **Basis of current registration:** | This is a changed version of the work. |
| **New material included in claim:** | Audiovisual work, computer program, music |

## Certification

Name:   Jerald E. Nagae

Date:   August 4, 2008

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1–370–878**

| PA | PAU |
EFFECTIVE DATE OF REGISTRATION

| 3 | 21 | 07 |
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
METROID PRIME PINBALL

PREVIOUS OR ALTERNATIVE TITLES ▼
NTR-AP2E-USA

NATURE OF THIS WORK ▼ See instructions
Interactive audiovisual work and computer program, including fictional character depictions, sounds and music

**2**
**a**
NAME OF AUTHOR ▼
Fuse Games Limited

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual materials, computer program, music

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2005   ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 24   Year ▶ 2005
United States   ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Nintendo of America Inc.
4820 150th Avenue NE
Redmond, Washington 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreement

APPLICATION RECEIVED
**March 21, 2007**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**March 21, 2007**
FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY RG | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

N/A                                           N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jerald E. Nagae

Christensen O'Connor Johnson Kindness^PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA  98101-2347          NOAM-4-6190

Be sure to give your daytime phone number

Area Code & Telephone Number ▶206.695.1705

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Nintendo of America Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s)▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jerald E. Nagae                                           date▶ 3/14/07

Handwritten signature (X) ▼

**8**

**9**

| MAIL CERTIFI-CATE TO | Name ▼ |
|---|---|
| | Christensen O'Connor Johnson Kindness^PLLC |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ |
| | 1420 Fifth Avenue, Suite 2800 |
| | City/State/ZIP ▼ |
| | Seattle, WA  98101-2347 |

45

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson Kindness^PLLC, July 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM PA

For a Work of the Performing Arts
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**PA 1-393-515**

EFFECTIVE DATE OF REGISTRATION

**JUL 16 2007**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
NEW SUPER MARIO BROS

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NTR-A2DE-USA

**NATURE OF THIS WORK ▼ See instructions**
AudioVisual work and computer program, including fictional character depictions, music and sounds

**2**

**a** **NAME OF AUTHOR ▼**
Nintendo Co , Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised AudioVisual work, music and sounds

**b** **NAME OF AUTHOR ▼**
Systems Research & Development Co , Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by the author in which copyright is claimed ▼
New computer program

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by the author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 15   Year ▶ 2006
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Nintendo of America Inc
4820 150th Avenue NE
Redmond, Washington 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By written agreement

**APPLICATION RECEIVED**
July 16, 2007
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
July 16, 2007
**FUNDS RECEIVED**

**MORE ON BACK** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 Pages

46

EXAMINED BY   CCP

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼
PA 273-028                                                                1986

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Previously published AudioVisual work

**6**

See instructions
before
completing this
space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New and revised AudioVisual work, music and sounds, New computer program

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                              Account Number ▼

N/A                                                 N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Jerald E. Nagae

Christensen O'Connor Johnson Kindness PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347          NOAM-4-6228

Be sure to give
your daytime
phone number

Area Code & Telephone Number ▶ 206 695 1705

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Nintendo of America Inc
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Jerald E. Nagae                                                      date▶ 07/10/2007

Handwritten signature (X) ▼

*[signature: Jerald E Nagae]*

MAIL
CERTIFI-
CATE
TO

Certificate
will be
mailed in
window
envelope

Name ▼
Christensen O'Connor Johnson Kindness PLLC
Number/Street/Apartment Number ▼
1420 Fifth Avenue, Suite 2800
City/State/ZIP ▼
Seattle, WA 98101-2347

**9**

47

*17 U.S.C. § [nnn]. Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Produced by Christensen O'Connor Johnson Kindness

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA 1–279–026



**EFFECTIVE DATE OF REGISTRATION**

FEB 0 2 2006

Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▾**
NINTENDOGS

**PREVIOUS OR ALTERNATIVE TITLES ▾**
NTR ADGE USA

**NATURE OF THIS WORK ▾ See Instructions**
Interactive audiovisual work and computer program

---

**2**

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see Instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▾
Nintendo Co  Ltd

DATES OF BIRTH AND DEATH
Year Born▾       Year Died▾

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ Japan

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▾
Audiovisual work and computer program

**b** NAME OF AUTHOR ▾

DATES OF BIRTH AND DEATH
Year Born▾       Year Died▾

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▾

**c** NAME OF AUTHOR ▾

DATES OF BIRTH AND DEATH
Year Born▾       Year Died▾

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▾

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given
In all cases
2005 ◄Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information
ONLY If this work has been published
Month ▶ August    Day ▶ 22    Year ▶ 2005
United States ◄ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▾
Nintendo of America Inc
4820 150th Avenue NE
Redmond, Washington 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▾
By written transfer

APPLICATION RECEIVED
FEB 02 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 02 2006

FUNDS RECEIVED
VG

---

MORE ON BACK▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of √ pages

| EXAMINED BY | GJ | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes,  why is another registration being sought? (Check appropriate box) ∨

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ∨          Year of Registration ∨

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work  complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ∨

Japanese version of work

**6**

See instructions before completing this space.

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ∨

Some new audiovisual materials and some new computer program

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ∨                                                Account Number ∨

N/A                                                    N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ∨

Jerald E Nagae

Christensen O Connor Johnson Kindness ᴾᴸᴸᶜ

1420 Fifth Avenue  Suite 2800  Seattle  WA  98101 2347          NOAM-4 5895

Area Code & Telephone Number ➤ 206 693 1705

Be sure to give your daytime phone number

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

Check only one ∨

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Nintendo of America Inc

Name of author or other copyright claimant, or owner of exclusive right(s)▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ∨ If this application gives a date of publication in space 3  do not sign and submit it before that date

Jerald E  Nagae                                          date➤ 1/25/06

**8**

Handwritten signature (X) ∨

☞ _[signature]_

**MAIL CERTIFICATE TO**

Name ∨

Christensen O'Connor Johnson Kindness ᴾᴸᴸᶜ

Number/Street/Apartment Number ∨

1420 Fifth Avenue, Suite 2800

City/State/ZIP ∨

Seattle, WA  98101-2347

**9**

49

Certificate will be mailed in window envelope

1  Complete all necessary spaces
2  Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1  Application form
2  Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3  Deposit material

Register of Copyrights
Library of Congress
Washington D C  20559-6000

\*17 U S C  § 506(e)  Any person who knowingly makes a false representation of  material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Printed on recycled paper by Christensen O'Connor  Johnson  Kindness ᴾᴸᴸᶜ  July 1999

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

R'            **PA 1-370-879**



PA            PAU

EFFECTIVE DATE OF REGISTRATION

3            21            07
Month        Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
POKÉMON TROZEI!

PREVIOUS OR ALTERNATIVE TITLES ▼
NTR-APTE-USA; POKÉMON TROSÉ

NATURE OF THIS WORK ▼ See Instructions
Audiovisual work and computer program

---

**2**

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
Genius Sonority Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audio-visual work and computer program

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2006 ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ March    Day ▶ 6    Year ▶ 2006
United States            ◄ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Nintendo of America Inc.
4820 150th Avenue NE
Redmond, WA 98052

The Pokémon Company
Marunouchi Trust Tower N-18F
1-8-1 Marunouchi Chiyoda-ku
Tokyo, Japan 100-0005

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreement.

APPLICATION RECEIVED
March 21, 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
March 21, 2007
FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

EXAMINED BY ☐ *RG*                                                   FORM PA

CHECKED BY _____

☐ CORRESPONDENCE                                                    FOR
  Yes                                                               COPYRIGHT
                                                                    OFFICE USE
                                                                    ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼                                  **5**
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼
  PA 1-310-150                                                      2006

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼                                  **6**
  Audio-visual work corresponding to registration identified in Space 5 above.

                                                                    See instructions
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   before
  Audio-visual work and computer program.                          completing this
                                                                    space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                            Account Number ▼                                                                          **7**

  N/A                                               N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
  Jerald E. Nagae
  Christensen O'Connor Johnson Kindness^PLLC
  1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347            NOAM-4-6100                                                             Be sure to give
                                                                                                                                           your daytime
                     Area Code & Telephone Number ▶206.695.1705                                                                            ◀ phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼                                                                                                                            **8**
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Nintendo of America Inc.; The Pokemon Company; Creatures Inc.; GAME FREAK inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s)▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
  Jerald E. Nagae                                                                                                date▶ 3/12/07

         Handwritten signature (X) ▼
         *Jerald E. Nagae*

MAIL          Name ▼
CERTIFI-      Christensen O'Connor Johnson Kindness^PLLC
CATE          Number/Street/Apartment Number ▼                                                                                             **9**
TO            1420 Fifth Avenue, Suite 2800
Certificate   City/State/ZIP ▼
will be       Seattle, WA 98101-2347
mailed in
window
envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson Kindness^PLLC, July 1999

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only.
  Indicate which basic form you are continuing in the space in the upper right-hand corner.

- If at all possible, try to fit the information called for into the spaces provided on the basic form.

- If you do not have enough space for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form.

- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.

- Part A of this sheet is intended to identify the basic application.
Part B is a continuation of Space 2.
  Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4 or 6.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.**

---

## FORM PA /CON

PA 1-370-879

PA PAU SE SEG SEU SR SRU TX TXU VA VAU
**EFFECTIVE DATE OF REGISTRATION**

| 3 | 21 | 07 |
|---|----|----|
| (Month) | (Day) | (Year) |

**CONTINUATION SHEET RECEIVED**

Page __3__ of __4__ pages

---

**A**

Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
• **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  POKÉMON TROZEI!

• **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)
  Nintendo of America Inc., 4820 150th Avenue NE, Redmond, Washington 98052 et al.

---



**B**

Continuation of Space 2

**d**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work AUTHOR'S NATIONALITY OR DOMICILE
a "work made for hire"?          Name of Country
  ☐ Yes          OR { Citizen of ▶
  ☐ No               Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work AUTHOR'S NATIONALITY OR DOMICILE
a "work made for hire"?          Name of Country
  ☐ Yes          OR { Citizen of ▶
  ☐ No               Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work AUTHOR'S NATIONALITY OR DOMICILE
a "work made for hire"?          Name of Country
  ☐ Yes          OR { Citizen of ▶
  ☐ No               Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4 or 6 of the basic form.*

CONTINUATION OF (Check which):   ☐ Space 1   ☒ Space 4   ☐ Space 6

In addition to the copyright claimants identified on Basic Form PA, copyright claimants also include:

GAME FREAK inc.
5F Kashiwa 3rd Bldg.
1-40-6 Kitazawa, Setagaya-ku
Tokyo 155-0031
JAPAN

Creatures Inc.
Kawasaki Teitoku Bldg. Bekkan
3-2-5 Nihonbashi, Chuo-ku
Tokyo  103-0027
JAPAN

# C

Continuation
of other
Spaces

MAIL
TO

Certificate
will be
mailed in
window
envelope

Name ▼
Christensen O'Connor Johnson Kindness^PLLC       KOAM-4-6100
Number/Street/Apt ▼
1420 Fifth Avenue, Suite 2800
City/State/ZIP ▼
Seattle, WA  98101-2347

# D

Address for
return of
certificate

Produced by Christensen O'Connor Johnson Kindness^PLLC, September 1995

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-271-532**

EFFECTIVE DATE OF REGISTRATION

| 5 | 23 | 2005 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE   IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼
POKEMON DASH

PREVIOUS OR ALTERNATIVE TITLES ▼
NTR-APDE-USA

NATURE OF THIS WORK ▼ See Instructions
Interactive audiovisual work and computer program

**2**

**a** NAME OF AUTHOR ▼
Nintendo of America Inc

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼
English translation of text

**b** NAME OF AUTHOR ▼
Ambrella Co , Ltd

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ Japan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼
Audiovisual materials and computer program

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases
2005 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 14   Year ▶ 2005
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Nintendo of America Inc
4820 150th Avenue NE
Redmond, WA 98052

The Pokemon Company
2-3-5 Nihonbashi Chuo-ku
Tokyo, Japan 103-0027

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By written agreement

APPLICATION RECEIVED
MAY 23 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 23 2005
FUNDS RECEIVED
VG

DO NOT WRITE HERE

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

54

| EXAMINED BY | $\mathcal{UMF}$ | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE   IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  Previous Registration Number ▼        Year of Registration ▼

PA 1-250-716 .                          2005

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Japanese version of work corresponding to co-pending application

b  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed  ▼

New audiovisual materials and some new computer program

**6**

See instructions
before
completing this
space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                    Account Number ▼

N/A                                      N/A

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Jerald E  Nagae

Christensen O'Connor Johnson Kindness$^{PLLC}$

1420 Fifth Avenue, Suite 2800, Seattle, WA  98101-2347            NOAM-4-5701

Area Code & Telephone Number ▶ 206 695 1705

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Nintendo of America Inc , The Pokemon Company, GAME FREAK Inc , Creatures inc
Name of author or other copyright claimant, or owner of exclusive right(s)▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date

Jerald E  Nagae                                                     date ▶ 5/17/05

Handwritten signature (X) ▼

**8**

| MAIL<br>CERTIFI-<br>CATE<br>TO | Name ▼<br>Christensen O'Connor Johnson Kindness$^{PLLC}$ |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope | Number/Street/Apartment Number ▼<br>1420 Fifth Avenue, Suite 2800 |
| | City/State/ZIP ▼<br>Seattle, WA  98101-2347 |

55

**9**

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Produced by Christensen O'Connor Johnson Kindness$^{PLLC}$  July 1999

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only
  Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form
- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Part A of this sheet is intended to identify the basic application
Part B is a continuation of Space 2
Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4 or 6

**FORM PA /CON**

UNITED STATES COPYRIGHT OFFICE

RJ

**PA 1−271−532**

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

5    23    2005

(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

MAY 23 2005

Page   3   of   4   pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

---

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

• TITLE  (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )
POKEMON DASH

• NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form )
Nintendo of America Inc , 4820 150th Avenue NE, Redmond, Washington 98052, et al

---

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼     Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼     Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" use detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼     Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes"  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by the author in which copyright is claimed ▼

56

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4 or 6 of the basic form

CONTINUATION OF (Check which)   ☐ Space 1   . ☒ Space 4   ☐ Space 6

In addition to the copyright claimants identified on Basic Form PA, copyright claimants also include

**C**

Continuation
of other
Spaces

GAME FREAK Inc
1 40 6 Kitazawa
Setagaya ku Tokyo
JAPAN

Creatures Inc
1 22 Kanda Suda cho
Chiyoda ku Tokyo
JAPAN

MAIL
TO

Name ▼

Christensen O'Connor Johnson Kindness<sup>PLLC</sup>   NOAM-4 5701

Number/Street/Apt ▼

1420 Fifth Avenue, Suite 2800

City/State/ZIP ▼

Seattle, WA  98101-2347

Certificate
will be
mailed in
window
57 envelope

**D**

Address for
return of
certificate

YOU MUST:
● Complete all necessary spaces
● Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable $30 filing fee in
  check or money order payable to
  Register of Copyrights
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C  20559-8000

Produced by Christensen O'Connor Johnson Kindness<sup>PLLC</sup>  September 1995

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-393-521**

PAU

EFFECTIVE DATE OF REGISTRATION

**JUL 9 2007**

Month       Day       Year

---

**zDO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▾**
STAR FOX COMMAND

**PREVIOUS OR ALTERNATIVE TITLES ▾**
NTR-ASFE-USA

**NATURE OF THIS WORK ▾ See instructions**
AudioVisual work

---

**2**

**a** **NAME OF AUTHOR ▾**
Nintendo Co , Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▾         Year Died ▾

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸
Domiciled in ▸

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▾
Some new AudioVisual work

**b** **NAME OF AUTHOR ▾**
Q-Games

**DATES OF BIRTH AND DEATH**
Year Born ▾         Year Died ▾

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸
Domiciled in ▸

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▾
Some new visual work

**c** **NAME OF AUTHOR ▾**

**DATES OF BIRTH AND DEATH**
Year Born ▾         Year Died ▾

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸
Domiciled in ▸

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▾

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006   ◂ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▸ August   Day ▸ 28   Year ▸ 2006
United States   ◂ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▾
Nintendo of America Inc.
4820 150th Avenue NE
Redmond, Washington 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▾
By written agreement

**APPLICATION RECEIVED**
July 09 , 2007
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
July 09 , 2007
**FUNDS RECEIVED**

---

**MORE ON BACK ▸**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of    2    pages

EXAMINED BY _CCP_        FORM PA

CHECKED BY

☐ CORRESPONDENCE        FOR
   ☐ Yes                COPYRIGHT
                        OFFICE USE
                        ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Japanese version

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new AudioVisual work

**6**

See instructions
before
completing this
space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                          Account Number ▼

N/A                             N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Jerald E. Nagae

Christensen O'Connor Johnson Kindness^PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347        NOAM-4-6448

Area Code & Telephone Number ▶ 206 695 1705

**7**

Be sure to give
your daytime
◀ phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _Nintendo of America Inc_

Name of author or other copyright claimant, or owner of exclusive right(s)▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Jerald E. Nagae                                          date▶ July 5, 2007

Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE
TO**

Certificate
will be
mailed in
window
envelope

Name ▼

Christensen O'Connor Johnson Kindness^PLLC

Number/Street/Apartment Number ▼

1420 Fifth Avenue, Suite 2800

City/State/ZIP ▼

Seattle, WA 98101-2347

**9**

59

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA 1–248–153



____ ___ OF REGISTRATION

DEC 2 1 2004

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ∨**
SUPER MARIO 64 DS

**PREVIOUS OR ALTERNATIVE TITLES ∨**
NTR-ASME USA

**NATURE OF THIS WORK ∨ See instructions**
Interactive audiovisual work and computer program

---

**2**
**a** **NAME OF AUTHOR ∨**
Nintendo Co , Ltd

**DATES OF BIRTH AND DEATH**
Year Born∨        Year Died∨

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

| Was this contribution to the work a work made for hire ? | AUTHOR S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes<br>☐ No | OR { Citizen of ▷ _____<br>Domiciled in ▷  Japan | Anonymous?  ☐ Yes ☒ No<br>Pseudonymous? ☐ Yes ☒ No   If the answer to either of these questions is "Yes" see detailed instructions |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ∨
Audiovisual materials

**b** **NAME OF AUTHOR ∨**
Systems Research & Development Co  Ltd   .

**DATES OF BIRTH AND DEATH**
Year Born∨        Year Died∨

| Was this contribution to the work a work made for hire ? | AUTHOR S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes<br>☐ No | OR { Citizen of ▷ _____<br>Domiciled in ▷  Japan | Anonymous?  ☐ Yes ☒ No<br>Pseudonymous? ☐ Yes ☒ No   If the answer to either of these questions is "Yes" see detailed instructions |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ∨
Audiovisual materials and computer program

**c** **NAME OF AUTHOR ∨**

**DATES OF BIRTH AND DEATH**
Year Born∨        Year Died∨

| Was this contribution to the work a work made for hire ? | AUTHOR S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes<br>☐ No | OR { Citizen of ▷ _____<br>Domiciled in ▷ _____ | Anonymous?  ☐ Yes ☐ No<br>Pseudonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes" see detailed instructions |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ∨

---

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases
2004  ◁Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▷ November  Day ▷ 21  Year ▷ 2004
United States                  ◁ Nation

---

**4**

See Instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
Nintendo of America Inc
4820 150th Place NE
Redmond, Washington 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright.
By written agreement

**APPLICATION RECEIVED**
DEC 21 2004
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
DEC 21 2004

**FUNDS RECEIVED**
V δ

*DO NOT WRITE HERE*

---

**MORE ON BACK▷**  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _2_ pages

| EXAMINED BY TA4 | FORM PA |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

☒ Yes ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▽

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes,  give  Previous Registration Number ▽    Year of Registration ▽

PA 788-138           1996

**5**

---

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work  complete only 6b for a compilation

a **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▽

Audiovisual materials corresponding to registration listed in Space 5 above, Japanese version of work

b **Material Added to This Work**  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▽

New computer program and audiovisual materials

**6**

See instructions before completing this space

---

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▽                              Account Number ▽

N/A                                 N/A

**7**

---

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▽

Jerald E  Nagae

Christensen O'Connor Johnson Kindness^PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA  98101-2347           NOAM-4-5506

Area Code & Telephone Number ▷ 206 693 1705

Be sure to give your daytime phone number

---

**CERTIFICATION**   I  the undersigned  hereby certify that I am the

Check only one ▽

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Nintendo of America Inc

Name of author or other copyright claimant, or owner of exclusive right(s)▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▽  If this application gives a date of publication in space 3  do not sign and submit it before that date

Jerald E  Nagae                                              date▷ 10/14/02

Handwritten signature (X) ▽

Jerald E Nga

**8**

---

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▽

Christensen O'Connor Johnson Kindness^PLLC

Number/Street/Apartment Number ▽

1420 Fifth Avenue, Suite 2800

City/State/ZIP ▽

Seattle, WA  98101-2347

**9**

* 17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Produced by Christensen O Connor Johnson Kindness^PLLC  July 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-393-507**

PA          PAU

EFFECTIVE DATE OF REGISTRATION

**JUL 9 2007**
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▾**
SUPER PRINCESS PEACH

**PREVIOUS OR ALTERNATIVE TITLES ▾**
NTR-ASPE-USA

**NATURE OF THIS WORK ▾ See instructions**
Audiovisual work and computer program.

## 2

**a** **NAME OF AUTHOR ▾**
TOSE Co., Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▾          Year Died ▾

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▾
AudioVisual work and some new and revised computer program

**b** **NAME OF AUTHOR ▾**
Nintendo of America Inc

**DATES OF BIRTH AND DEATH**
Year Born ▾          Year Died ▾

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▾
Text and Visual work

**c** **NAME OF AUTHOR ▾**

**DATES OF BIRTH AND DEATH**
Year Born ▾          Year Died ▾

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▾

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006 ◀ Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 27   Year ▶ 2006
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▾
Nintendo of America Inc
4820 150th Avenue NE
Redmond, Washington 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▾
By written agreement

**APPLICATION RECEIVED**
July 09, 2007
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
July 09, 2007
**FUNDS RECEIVED**

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | *CCP* | FORM PA |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
PA 1-311-119                                                       2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
Japanese version

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
AudioVisual work, some new and revised computer program, and Text

**6**

See instructions
before
completing this
space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                          Account Number ▼

N/A                                             N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Jerald E. Nagae

Christensen O'Connor Johnson Kindness^PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347          NOAM-4-6086

Area Code & Telephone Number ➤ 206 695 1705

Be sure to give
your daytime
◄ phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Nintendo of America Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Jerald E. Nagae                                              date ➤  July 3, 2007

Handwritten signature (X) ▼
☞  *Jerald E Nagae*

**8**

**MAIL CERTIFICATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Christensen O'Connor Johnson Kindness^PLLC
Number/Street/Apartment Number ▼
1420 Fifth Avenue, Suite 2800
City/State/ZIP ▼
Seattle, WA 98101-2347

**9**

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson Kindness^PLLC  July 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-605-863

**Effective date of
registration:**

**August 27, 2008**

## Title

**Title of Work:** THE LEGEND OF ZELDA: PHANTOM HOURGLASS

**Previous or Alternative Title:** NTR-AZEE-USA ZELDA NO DENSETSU: MUGEN NO SUNADOKEI

**Nature of Work:** AudioVisual work and computer program

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 1, 2007   **Nation of 1st Publication:** United States

## Author

■   **Author:** Nintendo Co., Ltd.

**Author Created:** Some new AudioVisual work; some new computer program

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Nintendo of America Inc.

4820 150th Avenue NE, Redmond, Washington 98052

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Japanese version

**Previously registered:** No

**New material included in claim:** Some new AudioVisual work; some new computer program

## Certification

**Name:** Jerald E. Nagae

**Date:** August 20, 2008

IPN#:

Registration #:    PA0001605863

Service Request #:   1-90036859

Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM PA
For a Work of the Performing Arts
UNITED ST....

PA 1–275–464

PA          PAU

**EFFECTIVE DATE OF REGISTRATION**

3    15    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**
**TITLE OF THIS WORK ▾**
WARIOWARE TOUCHED!

**PREVIOUS OR ALTERNATIVE TITLES ▾**
NTR AZWE USA   SAWARU MADE IN WARIO

**NATURE OF THIS WORK ▾ See Instructions**
Interactive audiovisual work and computer program

**2**
**a**
**NAME OF AUTHOR ▾**
Intelligent Systems Co  Ltd

**DATES OF BIRTH AND DEATH**
Year Born▾          Year Died▾

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸  Japan

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous*     ☐ Yes ☒ No
Pseudonymous*  ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▾
Audiovisual materials and computer program

**b**
**NAME OF AUTHOR ▾**
Nintendo Co  Ltd

**DATES OF BIRTH AND DEATH**
Year Born▾          Year Died▾

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸  Japan

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous*     ☐ Yes ☒ No
Pseudonymous*  ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▾
Audiovisual materials and computer program

**c**
**NAME OF AUTHOR ▾**
Nintendo of America Inc

**DATES OF BIRTH AND DEATH**
Year Born▾          Year Died▾

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸  United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous*     ☐ Yes ☒ No
Pseudonymous*  ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▾
Audiovisual materials

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases
2004  ◂Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month ▸ February   Day ▸ 14   Year ▸ 2005
United States   ◂ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▾
Nintendo of America Inc
4820 150th Avenue NE
Redmond, Washington 98052

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▾
By written agreement

**APPLICATION RECEIVED**
MAR 15, 2005
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 15, 2005
**FUNDS RECEIVED**
JG

66

---

**MORE ON BACK▸**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of _____ pages

EXAMINED BY _NL_

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is 'Yes,' why is another registration being sought? (Check appropriate box) ▼
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☒ This is a changed version of the work, as shown by space 6 on this application
If your answer is 'Yes,' give  Previous Registration Number ▼         Year of Registration ▼
  PA 1 216 842                                                      2004

**5**

---

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work  complete only 6b for a compilation
a  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼
  Audiovisual materials corresponding to registration listed in Space 5 above  Japanese version of work

b  **Material Added to This Work**  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
  New audiovisual materials and new computer program

**6**

See instructions
before
completing this
space

---

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                           Account Number ▼

  N/A                                              N/A

**7**

---

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
  Jerald E  Nagae

  Christensen O'Connor Johnson Kindness^PLLC

  1420 Fifth Avenue  Suite 2800, Seattle  WA  98101 2347           NOAM-4 5682

Area Code & Telephone Number ▶ 206 695 1705

Be sure to give
your daytime
◀ phone number

---

**CERTIFICATION***  I  the undersigned  hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Nintendo of America Inc
                        Name of author or other copyright claimant, or owner of exclusive right(s)▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge
Typed or printed name and date ▼  If this application gives a date of publication in space 3  do not sign and submit it before that date
  Jerald E  Nagae                                                        date▶ 3/11/05

**8**

Handwritten signature (X) ▼

☞

---

MAIL
CERTIFI
CATE
TO

Name ▼
Christensen O'Connor Johnson Kindness^PLLC
Number/Street/Apartment Number ▼
1420 Fifth Avenue, Suite 2800
City/State/ZIP ▼
Seattle, WA  98101-2347

Certificate
will be
mailed in
window
envelope

**9**

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application  shall
be fined not more than  $2 500

Produced by Christensen O'Connor Johnson Kindness^PLLC  July 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-605-920

**Effective date of
registration:**

August 21, 2008

## Title

| | |
|---|---|
| **Title of Work:** | YOSHI'S ISLAND DS |
| **Previous or Alternative Title:** | NTR-AYWE-USA |
| **Nature of Work:** | AudioVisual work, including fictional character depictions, computer program, music and sounds |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | November 13, 2006 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Artoon Co., Ltd. |
| **Author Created:** | Audio Visual Work, computer program |
| **Work made for hire:** | Yes |
| ■ **Author:** | Delfi Sound Inc. |
| **Author Created:** | Music and sounds |
| **Work made for hire:** | Yes |
| ■ **Author:** | Nintendo Co., Ltd. |
| **Author Created:** | Some music and sounds |
| **Work made for hire:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Nintendo of America Inc. |
| | 4820 150th Avenue NE, Redmond, WA 98052 |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

Material excluded from this claim: Prior version

Previously registered: Yes

Previous registration and year: PA 1-227-771   2004

Basis of current registration: This is a changed version of the work.

New material included in claim: New AudioVisual work, new computer program, music and sounds

## Certification

Name: Jerald E. Nagae

Date: August 14, 2008

69

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1-292-362**



PA                           PAU

**EFFECTIVE DATE OF REGISTRATION**

Month **5**   Day **25**   Year **05**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**   TITLE OF THIS WORK ▾
YOSHI TOUCH & GO

PREVIOUS OR ALTERNATIVE TITLES ▾
NTR-AYIE-USA; CATCH! TOUCH! YOSHI!

NATURE OF THIS WORK ▾ See instructions
Interactive audiovisual work and computer program

---

**2**   **a**   NAME OF AUTHOR ▾
Nintendo Co., Ltd.

DATES OF BIRTH AND DEATH
Year Born▾        Year Died▾

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ Japan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▾
Audiovisual work and computer program

**b**   NAME OF AUTHOR ▾
Nintendo of America Inc.

DATES OF BIRTH AND DEATH
Year Born▾        Year Died▾

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▾
Some visual work

**c**   NAME OF AUTHOR ▾

DATES OF BIRTH AND DEATH
Year Born▾        Year Died▾

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▾

---

**3**   **a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2005   ◀ Year

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 14   Year ▶ 2005
United States   ◀ Nation

---

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.
Nintendo of America Inc.
4820 150th Avenue NE
Redmond, Washington 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▾
By written agreement

APPLICATION RECEIVED
May 25, 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
May 25, 2005
FUNDS RECEIVED
V6

---

**70**

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

EXAMINED BY _N𝒱𝒢_    FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ∨
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ∨          Year of Registration ∨

**5**

---

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ∨
Japanese version of work corresponding to co-pending application

**6**

See instructions
before
completing this
space.

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ∨
Some audiovisual work and some computer program

---

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ∨                                              Account Number ∨

N/A                                                 N/A

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ∨
Jerald E. Nagae

Christensen O'Connor Johnson Kindness^PLLC

1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347          NOAM-4-5723

Be sure to give
your daytime
< phone number

Area Code & Telephone Number ➤206.695.1705

---

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ∨
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Nintendo of America Inc.__
              Name of author or other copyright claimant, or owner of exclusive right(s)▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Typed or printed name and date ∨  If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jerald E. Nagae                                              date➤ 5/20/05

**8**

👉          Handwritten signature (X) ∨

_Jerald E. Nagae (signature)_

---

**MAIL
CERTIFI-
CATE
TO**

Name ∨
Christensen O'Connor Johnson Kindness^PLLC
Number/Street/Apartment Number ∨
1420 Fifth Avenue, Suite 2800
City/State/ZIP ∨
Seattle, WA 98101-2347

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

71

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Christensen O'Connor Johnson Kindness^PLLC, July 1999

# EXHIBIT C

Int. Cls.: 16, 28 and 37

Prior U.S. Cls.: 2, 22, 27, 36, 37, 38, 50 and 103

## United States Patent and Trademark Office

Reg. No. 1,689,015
Registered May 26, 1992

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



NINTENDO OF AMERICA INC. (WASHING-TON CORPORATION)
4820 - 150TH N.E.
REDMOND, WA 98052

FOR: PRINTED MATTER; NAMELY, STICKERS, STICKER ALBUMS, NOTEBOOKS, MEMO PADS, POSTERS, PICTURE STORYBOOKS, COLOR AND ACTIVITY BOOKS, MAGNETIC SLATES, STORYBOOK AND AUDIO CASSETTE SETS SOLD AS A UNIT, MEMO BOARDS, PENS, PENCILS, PENCIL SHARPENERS, ERASERS, DECORATIVE FIGURES ATTACHABLE TO PENCILS, NOTEBOOKS, AND PENCIL BOXES WITH MAGNETIC CLOSURES, STATIONERY-TYPE PORTFOLIOS, DRAWING RULERS, TRADING CARDS, BOOK MARKS, BOOK PLATES, PAPER DECORATIONS MOUNTABLE ON DOORS, BOOK COVERS, CALENDARS, RING BINDERS, SCRAP BOOKS AND STAMP COLLECTOR BOOKS, IRON-ON TRANSFERS, GIFT WRAPPING PAPER, PAPER NAPKINS, INVITATION CARDS, PAPER TABLE COVERS, PAPER BANNERS, PAPER PARTY FAVORS, PAPER PARTY HATS, GREETING CARDS, AND GIFT BOXES, IN CLASS 16 (U.S. CLS. 2, 36, 37, 38 AND 50).
FIRST USE 7-0-1988; IN COMMERCE 7-0-1988.
FOR: GAMES AND PLAYTHINGS; NAMELY, ACTION FIGURES, PLUSH DOLLS, PUPPETS, TOY BINOCULARS, HAND-HELD PINBALL

GAMES, BOARD GAMES, JIGSAW PUZZLES, TARGET SETS COMPRISED OF TARGETS AND PROJECTILES, TOY BOWLING SETS COMPOSED OF BOWLING PINS AND BOWLING BALLS, BOP BAGS, RING TOSS GAMES, BEAN BAG GAMES, NON-ELECTRONIC HAND-HELD SKILL GAMES, KITES, YO-YOS, TOY BALLOONS, DECORATIVE WIND SOCKS, CARD GAMES, TOY BANKS, ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, ELECTRONIC GAME PROGRAMS, PLAYER-OPERATED ELECTRONIC CONTROLLERS FOR ELECTRONIC VIDEO GAME MACHINES, TOY LIGHT GUNS INTERACTIVE WITH A VIDEO GAME DISPLAY, ELECTRONIC EXERCISE MATS INTERACTIVE WITH A VIDEO DISPLAY, ELECTRONIC TOYS WITH A CLOCK OR TIMEPIECE FEATURE, VIDEO GAME CARTRIDGE STORAGE DEVICES, HOLDERS, CARRIERS, AND CARRYING CASES FOR VIDEO GAME SYSTEMS, IN CLASS 28 (U.S. CLS. 2, 22 AND 27).
FIRST USE 12-1-1980; IN COMMERCE 12-1-1980.

FOR: SERVICE AND REPAIR OF VIDEO GAME SYSTEMS, VIDEO GAME EQUIPMENT AND COMPONENTS THEREFOR, IN CLASS 37 (U.S. CL. 103).
FIRST USE 10-0-1985; IN COMMERCE 10-0-1985.

∠                                        1,689,015

OWNER OF U.S. REG. NOS. 1,035,078, 1,497,674
AND OTHERS.

SER. NO. 74-128,148, FILED 1-4-1991.

LYNN A. LUTHEY, EXAMINING ATTORNEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

## CV09- 4203 JFW (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
   **312 N. Spring St., Rm. G-8**
   **Los Angeles, CA 90012**

[ ] **Southern Division**
   **411 West Fourth St., Rm. 1-053**
   **Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
   **3470 Twelfth St., Rm. 134**
   **Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

**CV-18 (03/06)**     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NINTENDO OF AMERICA INC. a
Washington Corporation,

**PLAINTIFF(S)**

v.

DANIEL MAN TIK CHAN, an individual, d/b/a
www.dselite.com, www.thedsdeals.com, www.inspiretech.com,
Inspire Technologies, and Inspiretech Electronics; and
INSPIRE ELECTRONICS, INC.

**DEFENDANT(S).**

**CASE NUMBER**

CV09- 4203 JFW(PLAx)

**SUMMONS**

TO:   DEFENDANT(S):  To the above named defendants

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached  X ··complaint ⸍  _____ amended complaint counterclaim ⸍⸍⸍ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, ___Audra M. Mori___ , whose address is 1620 26th Street, 6th Floor - South Tower, Santa Monica, CA 90404 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JUN 1 2 2009__

By: _Natalie Gonzalez_

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐ )

NINTENDO OF AMERICA INC.

**DEFENDANTS**

DANIEL MAN TICK CHAN, an Lindividual, d/b/a www.dselite.com, www.thedsdeals.com, www.inspiretech.com, Inspire Technologies, and Inspiretech Electronics; and INSPIRE ELECTRONICS, INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Audra M. Mori (SBN 162850)
Perkins Coie LLP
1620 26th Street
6th Floor - South Tower
Santa Monica, CA 90404
(310) 788-9900

Attorneys (If Known)   ELECTRONICS, INC.

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. § 1201 et seq. (Violation of the Digital Millennium Copyright Act)
17 U.S.C. § 106 et seq. (Copyright infringement)
15 U.S.C. §§ 1114 and 1125(a) (Trademark infringement)

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | | | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS - Third Party 26 USC 7609 |

---

**FOR OFFICE USE ONLY:** Case Number: _____ **CV09-4203**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                          **CIVIL COVER SHEET**                          Page 1 of 2
CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  [X] No   [ ] Yes

If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]   A.  Arise from the same or closely related transactions, happenings, or events; or

[ ]   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
[ ]  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Nintendo of America Inc.: King County, Washington |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
[ ]  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All defendants located in Los Angeles County. | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  6·12·09

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |