Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Susan Fahringer, *pro hac vice*
SFahringer@perkinscoie.com
Charles C. Sipos, *pro hac vice*
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Nintendo of America Inc.

**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation, | Case No. CV 09-4203 JFW (PLAx) |
| Plaintiff, | FINAL JUDGMENT ON CONSENT |
| v. | |
| DANIEL MAN TIK CHAN, an individual, d/b/a www.dselite.com, www.thedsdeals.com, www.inspiretech.com, Inspire Technologies, and Inspiretech Electronics; and INSPIRE ELECTRONICS, INC.; | |
| Defendants. | |

## JUDGMENT

This matter came before the Court on the presentation by plaintiff Nintendo of America Inc. of a consent judgment granting monetary relief against Defendants Daniel Chan. and Inspire

Electronics, Inc. The Final Judgment By Consent is based on the consent of Defendants Daniel Chan and Inspire Electronics, Inc.

Based on Defendants' consent to the judgment, the Court enters judgment as follows:

1. Plaintiff is awarded judgment against Defendants Inspire Electronics, Inc., and Daniel Chan in the amount of $1,100,000. Daniel Chan and Inspire Electronics, Inc. are jointly and severally liable for this judgment.

2. Each party shall bear its own costs and attorneys' fees.

DATED this 20th day of August, 2009.

_____
Hon. John F. Walter